# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY GARCIA,<br><br>Defendant. | Case No. 1:22-cr-00331-TWR-BAM-1<br><br>ORDER REQUIRING GOVERNMENT TO SHOW CAUSE WHY BOND SHOULD NOT BE RETURNED TO SURETY<br><br>**FOURTEEN DAY DEADLINE** |

A detention hearing as to Defendant Johnny Garcia was held on January 11, 2023. (ECF No. 22.) Defendant was ordered released with conditions, including a $3,000 cash bond. (ECF No. 26.) The same day, Nasly Guzman posted a cash bond in the amount of $3,000 (Receipt # CAE100052007). (ECF No. 21.) The Defendant was advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence." (ECF No. 27 at 2.)

On January 16, 2024, Defendant entered a guilty plea to a charged offense pursuant to a written plea agreement. (ECF Nos. 52, 55.) On April 8, 2024, Defendant was sentenced to time served, and thus was not ordered to report to serve a sentence. (ECF No. 70.)

Given Defendant was sentenced to time served in this matter, the Court shall order the Government to show cause in writing withing **fourteen (14) days** of entry of this order why the $3,000 appearance bond should not be released to the surety. If the Government does not

1  respond to this show cause order in writing, that lack of response will be construed as a non-
2  opposition to an order by the Court directing the Clerk of Court to return the bond to the address
3  of the surety on file.

IT IS SO ORDERED.

Dated:  **July 9, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2