# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHNNY GARCIA,<br><br>    Defendant. | Case No.  1:22-cr-00331-TWR-BAM-1<br><br>ORDERING EXONERATING BOND AND DIRECTING CLERK OF COURT TO RECONVEY CASH BOND TO SURETY |

A detention hearing as to Defendant Johnny Garcia was held on January 11, 2023.  (ECF No. 22.)  Defendant was ordered released with conditions, including a $3,000 cash bond.  (ECF No. 26.)  The same day, Nasly Guzman posted a cash bond in the amount of $3,000 (Receipt # CAE100052007).  (ECF No. 21.)  The Defendant was advised that the bond "will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence."  (ECF No. 27 at 2.)

On January 16, 2024, Defendant entered a guilty plea to a charged offense pursuant to a written plea agreement.  (ECF Nos. 52, 55.)  On April 8, 2024, Defendant was sentenced to time served, and thus was not ordered to report to serve a sentence.  (ECF No. 70.)

On July 9, 2025, the Court ordered the Government to show cause in writing why the bond should not be released to the surety.  (ECF No. 135.)  The same day, the Government filed a non-opposition to the return of the bond to the surety. (ECF No. 136.)

1     The Court finds that Defendant has complied with the conditions of his bond and that no
2 conditions remain to be satisfied.

3     Accordingly, IT IS ORDERED THAT the $3,000 cash bond posted by Nasly Guzman on
4 behalf of Johnny Garcia is exonerated. The Clerk of Court is DIRECTED to serve a copy of this
5 order on the surety and return the $3,000 cash bond to the address on record.

7 IT IS SO ORDERED.

8 Dated: **July 10, 2025**

                                              STANLEY A. BOONE
9                                               United States Magistrate Judge